UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00339-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN HILL,

    Defendant.

---

## ORDER RESETTING CHANGE OF PLEA HEARING

THIS MATTER comes before the Court upon the filing of the Second Joint Status Report [#25] wherein the parties have advised that a new disposition has been reached and a new change of plea date has been requested. In view of the agreement of the parties,

**IT IS ORDERED** that the Change of Plea hearing in this matter is reset for **June 16, 2008**, at **4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 11th day of April, 2008.

    BY THE COURT:

    *Marcia S. Krieger*

    Marcia S. Krieger
    United States District Judge