# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: September 22, 2008 |
| Court Reporter: Paul Zuckerman | |
| Probation Officer: Michelle Means | |

Criminal Action No. 07-cr-00339-MSK

*Parties*:                                                  *Counsel*:

UNITED STATES OF AMERICA,                  Tim Neff

      Plaintiff,

v.

STEVEN HILL,                                              Martha Eskesen

      Defendant.

---

## SENTENCING MINUTES
___

**9:17 a.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on June 16, 2008. Defendant pled guilty to Count 1 of the Superseding Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #34**). No further argument from counsel.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**9:48 a.m.**     **Court in recess**

**9:53 a.m.**     **Court in session.**

Oral findings are made of record.

**ORDER:**     The Government's Motion for Sentencing Reduction **(Doc. #34)** is **GRANTED.**

**ORDER:**     **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on October 27, 2008. Bond will be exonerated at the time of his voluntary surrender..

**10:08 a.m.**     **Court in recess.**

Total Time:     38 minutes.
Hearing concluded.